Rule 5

United States District Court
Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
**CRIMINAL DOCKET FOR CASE #: 1:20-cr-00337 All Defendants**
Internal Use Only

| | |
|---|---|
| Case title: USA v. Abbas | Date Filed: 07/03/2020 |
| Other court case number: 2:20-mj-02992 Central District of California | Date Terminated: 07/13/2020 |

Assigned to: Honorable Jeffrey T. Gilbert

FILED
CLERK, U.S. DISTRICT COURT
07/17/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: AP  DEPUTY

**Defendant (1)**

**Ramon Olorunwa Abbas**
*TERMINATED: 07/13/2020*
also known as
Ray Hushpuppi
*TERMINATED: 07/13/2020*
also known as
Hush
*TERMINATED: 07/13/2020*

represented by **Gal Pissetzky**
Pissetzky & Berliner
35 E. Wacker Dr
Suite 1980
Chicago, IL 60601
(312) 566-9900
Email: gpissetzky@pbzlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Santino Coleman**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8300
Email: santino_coleman@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

18:3146.F Failure to Appear

**Plaintiff**

USA        represented by      **AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Melody Wells**
U.S. Attorney"s Office
N/A
219 South Dearborn Street
Chicago, IL 60604
(312) 353-1110
Email: melody.wells@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2020 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Jeffrey T. Gilbert as to Ramon Olorunwa Abbas (1). (aee, ) (Entered: 07/06/2020) |
| 07/03/2020 | 3 | ORDER as to Ramon Olorunwa Abbas: Initial appearance and removal proceedings held on 7/3/20. Defendant appeared in response to his arrest on 7/2/20. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. Defendant was informed of his rights, the nature of the charges and the maximum penalties. Santino Coleman of the Federal Defender Panel is assigned as counsel for Defendant for these initial appearance and removal proceedings. Defendant waived an identity hearing. The Court finds that Defendant Ramon Olorunwa Abbas is the person named in the arrest warrant issued in the Central District of California. Defendant was informed of his rights under Rule 20 of the Federal Rules of Criminal Procedure. The Government orally moved for removal in custody based on 18 U.S.C. § 3142(f) (2)(A). In accordance with 18 U.S.C. § 3142(f)(2)(A), a continued removal and detention hearing is set for 7/8/20 at 11:00 a.m. via telephone conference. The Court's call-in number is 877-336-1829, Access Code 1022195. As provided by 18 U.S.C. § 3142(f), Defendant is remanded to the custody of the U.S. Marshal. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable |

| | | |
|---|---|---|
| | | opportunity for private consultation with his counsel while in custody. The Court requests that during this time Mr. Abbas be given access to a telephone to speak with his lawyer and family in Chicago to prepare for the hearing on 7/8/20. Signed by the Honorable Jeffrey T. Gilbert on 7/3/20. Mailed notice (aee, ) (Entered: 07/07/2020) |
| 07/06/2020 | 2 | ATTORNEY Appearance for defendant Ramon Olorunwa Abbas by Gal Pissetzky (Pissetzky, Gal) (Entered: 07/06/2020) |
| 07/07/2020 | 4 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Ramon Olorunwa Abbas: At Defendant's request, and without objection from the Government, the continued telephonic removal proceeding set for 7/8/20 is stricken and reset to 7/13/20 at 9:45 a.m. The Court's call-in number is 877-336-1829, Access Code 1022195. Mailed notice (ber, ) (Entered: 07/07/2020) |
| 07/10/2020 | 5 | ORDER as to Ramon Olorunwa Abbas Fifth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in-person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 7/10/2020. Mailed notice. (clerk1, Docket) (Entered: 07/10/2020) |
| 07/10/2020 | 6 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The detention hearing set for 7/13/20 at 9:45 a.m. will be held via video-conference. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 571-353-2300 and the call-in ID 101007012. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ber, ) (Entered: 07/10/2020) |
| 07/10/2020 | 7 | PRETRIAL Bail Report as to Ramon Olorunwa Abbas (SEALED) (Chapman, Kathryn) REMOVED PER IOP30(b) Modified on 7/14/2020 (rp, ). (Entered: 07/10/2020) |
| 07/13/2020 | | ORAL MOTION by USA for detention as to Ramon Olorunwa Abbas (rp, ) (Entered: 07/14/2020) |
| 07/13/2020 | 8 | ORDER as to Ramon Olorunwa Abbas: Detention hearing held on 7/13/20 via video conference. The Government orally renewed its motion for removal in custody. For the reasons stated on the record, the Government's oral motion is granted. Accordingly, Defendant is ordered removed to the Central District of California in the custody of the U.S. Marshal forthwith. As provided by 18 U.S.C. § 3142(f), Defendant is remanded to the custody of the U.S. Marshal and shall remain in custody until further order of the Court. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, pending his removal to the charging district, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody. Defendant waived his right to a preliminary examination hearing. The Court enters a finding of probable cause. Signed by the Honorable Jeffrey T. Gilbert on 7/13/2020. Mailed notice (rp, ) (Entered: 07/14/2020) |
| 07/14/2020 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Defendant Ramon Olorunwa Abbas committed to Central District of California. Signed by the Honorable Jeffrey T. Gilbert |

| | | |
|---|---|---|
| | | on 7/14/2020. Mailed notice (rp, ) (Entered: 07/14/2020) |
| 07/14/2020 | [10](#) | CERTIFIED and Transmitted to USDC Central District of California via email the record consisting of the transmittal letter as to Ramon Olorunwa Abbas. (rp, ) (Entered: 07/14/2020) |

Case 2:20-mj-02992-DUTY   Document 7   Filed 07/17/20   Page 5 of 8   Page ID #:48



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

## Transfer of Criminal Case

Date: 7/14/2020

Address: Central District of California

Case Title: USA v. Abbas

Northern District of Illinois Case No.: 20cr337   Other Court's Case No.: 20-mj-2992

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**    ☐ In   ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**   ☐ In   ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**   ☐ **F.R.Cr.P. 21**         ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/Roberto Perez
       Deputy Clerk

---

TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:                              Clerk, U.S. District Court
                                   By:
                                   Deputy Clerk

Revised 10/03/16

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> v. <br><br> Ramon Olorunwa Abbas, <br><br> Defendant, | Case No.  20cr337 <br> Judge  Jeffrey T. Gilbert |

## ORDER

Detention hearing held on 7/13/20 via videoconference. The Government orally renewed its motion for removal in custody. For the reasons stated on the record, the Government's oral motion is granted. Accordingly, Defendant is ordered removed to the Central District of California in the custody of the U.S. Marshal forthwith. As provided by 18 U.S.C. § 3142(f), Defendant is remanded to the custody of the U.S. Marshal and shall remain in custody until further order of the Court. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, pending his removal to the charging district, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody. Defendant waived his right to a preliminary examination hearing. The Court enters a finding of probable cause.

T:00:45

Date: 7/13/20

Magistrate Judge Jeffrey T. Gilbert

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| United States of America | ) |
| v. | ) |
| | ) Case No. 20-cr-00337 |
| Ramon Olorunwa Abbas | ) |
| | ) Charging District's |
| Defendant | ) Case No. 2:20-mj-02992 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  Central  District of  California ,
(if applicable) _____ division. The defendant may need an interpreter for this language:
n/a .

The defendant:  ☐ will retain an attorney.
                ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 7/14/20

_Judge's signature_

Magistrate Judge Jeffrey T. Gilbert
_Printed name and title_