Name and address:

Vicki I. Podberesky, SBN 123220
Andrues/Podberesky
818 W. 7th St., Suite 960
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:20-mj-02992-DUTY-1 |
| v. | |
| RAMON ABBAS | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Gal Pissetzky
*Applicant's Name (Last Name, First Name & Middle Initial)*          check here if federal government attorney ☐

Pissetzky & Berliner LLC
*Firm/Agency Name*

35 E. Wacker Dr               (312)566-9900            (312)939-1616
Suite 1980                    *Telephone Number*       *Fax Number*
*Street Address*

Chicago IL 60601                          gpissetzky@pbzlawfirm.com
*City, State, Zip Code*                   *E-mail Address*

**I have been retained to represent the following parties:**

Ramon Abbas                    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
_____        ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court | 8/16/2016 | Yes |
| Supreme Court of Illinois | 5/1/2000 | Yes |
| US Court of Appeals, 7th Circ | 11/17/2003 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated July 22, 2020            Gal Pissetzky
                               *Applicant's Name (please type or print)*

                               *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Podberesky, Vicki I.
*Designee's Name (Last Name, First Name & Middle Initial)*

Andrues/Podberesky
*Firm/Agency Name*

818 W. 7th St., Suite 960
*Street Address*

Los Angeles, CA 90017
*City, State, Zip Code*

(213) 395-0400
*Telephone Number*

(213) 395-0401
*Fax Number*

vpod@aplaw.law
*Email Address*

123220
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated July 23, 2020

Vicki I. Podberesky
*Designee's Name (please type or print)*

*(signature)*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Admission (Cont.)
- US Appeals Ct for the 6th Circ - 9/2/2011 - in good standing
- Northern Dist. of IL - 6/21/2000 - in good standing
- Central Dist. of IL - 8/9/2005 - in good standing
- Southern Dist of IL - 3/17/2016 - in good standing
- Northern Dist. of IN - 11/20/2003 - in good standing
- Southern Dist. of IN - 8/19/2008 - in good standing
- Western Dist of WI - 12/7/2005 - in good standing
- District of Colorado - 2/8/2007 - in good standing
- Northern Dist of TX - 1/20/2020 - in good standing
- Southern Dist of TX - 12/2/2010 - in good standing

Case 2:20-mj-02992-DUTY   Document 8   Filed 07/23/20   Page 4 of 4   Page ID #:55



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Gal Pissetzky
Pissetzky & Berliner LLC.
35 E. Wacker Drive, Suite 1980
Chicago, IL 60601

**Via Electronic Mail**

Chicago
Tuesday, July 21, 2020

In re:  Gal Pissetzky
Admitted: 5/4/2000
Attorney No. 6271556

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By:  **/s/ Darryl R. Evans**
     Darryl R. Evans
     Senior Deputy Registrar

DRE