Name and address:
Vicki I. Podberesky, SBN 123220
Andrues/Podberesky
818 W. 7th St., Suite 960
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-mj-02992-DUTY-1 |
| v. | |
| RAMON ABBAS | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gal Pissetzky
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 566-9900
*Telephone Number*

(312) 939-1616
*Fax Number*

gpissetzky@pbzlawfirm.com
*E-Mail Address*

of

Pissetzky & Berliner LLC
35 E. Wacker Dr.
Suite 1980
Chicago, IL 60601
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Mr. Ramon Abbas

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

Podberesky, Vicki I.
*Designee's Name (Last Name, First Name & Middle Initial)*

123220
*Designee's Cal. Bar No.*

(213) 395-0400
*Telephone Number*

(213) 395-0401
*Fax Number*

vpod@aplaw.law
*E-Mail Address*

of

Andrues/Podberesky
818 W. 7th Street
Suite 960
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge